**FILED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

JAN 0 6 2009

PATRICK E. DUFFY, CLERK

By_____

DEPUTY CLERK, MISSOULA

| | | |
|---|---|---|
| BOBBY A. ERVIN, and T.E., a minor child, | ) | CV 08-122-M-DWM-JCL |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| LISA MICHELLE ESTOPARE, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Ervin and Defendant Estopare are the parents of

minor children T.E. and B.E.  As a part of their divorce

proceedings, Ervin was awarded custody of T.E., while Estopare

received custody of B.E.  Each parent has visitation rights with

the non-custodial children.  Ervin brings this action on his own

behalf and on behalf of T.E. alleging tortious conduct by

Estopare in interfering with their visitation rights with B.E.

Estopare has filed a motion to dismiss for failure to state a

claim under Fed. R. Civ. P. 12(b)(6) and lack of jurisdiction

under Rule 12(b)(1).  Estopare also seeks dismissal under Fed. R.

Civ. P. 11 as a penalty for filing this allegedly frivolous

action.

United States Magistrate Judge Jeremiah C. Lynch entered

Findings and Recommendations in which he concludes that the

motion to dismiss should be denied.  Judge Lynch determined that

this Court has diversity jurisdiction over these parties because

-1-

the domestic relations exception does not apply.  The Plaintiffs
have stated a claim, Judge Lynch concludes, because the Verified
Complaint states a case for, at a minimum, intentional infliction
of emotional distress.  Because he finds that the Rule 12 motions
should be denied, Judge Lynch recommends denial of the Rule 11
motion to dismiss as well.

Defendant Estopare did not timely object and so has waived
the right to de novo review of the record.  28 U.S.C. §
636(b)(1).  This Court will review the Findings and
Recommendation for clear error.  McDonnell Douglas Corp. v.
Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981).
Clear error exists if the Court is left with a "definite and firm
conviction that a mistake has been committed."  United States v.
Syrax, 235 F.3d 422, 427 (9th Cir. 2000).

I can find no clear error with Judge Lynch's Findings and
Recommendations (Doc. No. 26) and therefore adopt them in full.

Accordingly, IT IS HEREBY ORDERED that Defendant Estopare's
motion to dismiss (Doc. No. 7) is DENIED, and the request for
sanctions under Rule 11 is DENIED.

DATED this __6__ day of January, 2009.

Donald W. Molloy, District Judge
United States District Court

-2-